JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MIRIAM MALDONADO,

          Plaintiff,

     v.

PHIX INC.;
JOHN FUQUA, as Trustee of the
   Fuqua Family Trust; and
DOES 1 to 10,

         Defendants.

Case No. 8:24-cv-00352-JWH-DFM

**JUDGMENT**

1   Pursuant to the Scheduling Notice and Order [ECF No. 15] entered on or

2   about April 22, 2024, and in accordance with Rules 41(b) and 58 of the Federal

3   Rules of Civil Procedure,

4   It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

5   1.   This action, including all claims asserted herein, is **DISMISSED**.

6   2.   To the extent that any party requests any other form of relief, such

7   request is **DENIED**.

8   **IT IS SO ORDERED.**

9

10  Dated:_____May 22, 2024_____

11  John W. Holcomb
UNITED STATES DISTRICT JUDGE